IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____

PAUL CURRY, an individual,

    Plaintiff,

v.

MILLERCOORS, INC., a foreign corporation,

    Defendant.

## NOTICE OF REMOVAL OF CASE TO FEDERAL COURT

    Defendant MillerCoors LLC (hereinafter "Defendant") hereby removes the above-captioned matter from the District Court for the City and County of Denver, State of Colorado, to the United States District Court for the District of Colorado pursuant to 28 U.S.C. § 1441 and § 1446 and D.C.COLO.L.Civ.R. 81.1, and further states as follows:

    1.    This action was commenced in the District Court for the City and County of Denver, State of Colorado, by the filing on June 26, 2012, of a Summons and Complaint. Defendant was served with the Summons and Complaint on August 28, 2012.

    2.    This action is now pending as Case Number 12CV3960 in District Court for the City and County of Denver, which is in the district of the United States District Court for the District of Colorado.

3. This Notice of Removal is timely under 28 U.S.C. § 1446(b) because fewer than thirty days have elapsed since Plaintiff first served Defendant with the Summons and Complaint.

4. Attached hereto as Exhibit A are true and correct copies of all of the pleadings and orders in this action prior to removal. Defendant has not yet pleaded or answered in District Court for the City and County of Denver. There are no pending motions or petitions. Within fourteen days, Defendant will file a current docket sheet pursuant to D.C.COLO.LCivR 81.1.

5. In accordance with Fed. R. Civ. P. 7.1 and D.C.COLO.LCivR 7.4, Defendant is filing, concurrently herewith, its corporate disclosure statement.

6. Plaintiff is a citizen of Colorado. He alleges that he is a current resident in Denver, Colorado. (Compl. ¶ 1.) Moreover, he was an employee of Defendant in Colorado for seven years and maintained a Colorado residence during that time. (Compl. ¶ 5 and Ex. B ¶¶ 4, 5.) Plaintiff held a Colorado drivers license and paid taxes in Colorado. (Ex. B ¶¶ 6, 7.)

7. Defendant is a citizen of Delaware and of Illinois. Defendant is incorporated in Delaware. (Compl. ¶ 2.) Defendant's principal place of business is in Illinois. (*Id.*, Ex. B ¶ 8.)

8. In the Complaint, Plaintiff alleges claims under state law, including claims under C.R.S. § 24-34-401, C.R.S. § 24-34-402.5, and Colorado common law.

9. In the Complaint, Plaintiff prays for an amount calculated to compensate him for lost past and future earnings and other damages allegedly incurred, punitive and exemplary damages, costs and attorney fees. (Compl. at 9.) Plaintiff alleges Defendant discharged him on March 14, 2011. (*Id.* ¶ 29.) Before his discharge, Plaintiff was a full-time employee of

Defendant earning wages at the rate of $28.05 per hour.  (Ex. B ¶ 4.)  Plaintiff's lost wages alone therefore place at least $75,000 at issue in this litigation.

      10.     Accordingly, this Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a) and removal is proper pursuant to 28 U.S.C. § 1441(b).  Defendant has complied with the applicable requirements of 28 U.S.C. § 1446(b) and (c).

      11.     Promptly after filing this Notice of Removal, Defendant will give written notice of the filing to Plaintiff and will file a copy of the Notice of Removal with the Clerk of the District Court for the City and County of Denver, as required by 28 U.S.C. § 1446(d).  A copy of that Notice is attached hereto and marked as Exhibit C.

      WHEREFORE, Defendant prays that Case Number 12CV3960 pending in the District Court for the City and County of Denver, State of Colorado, be removed to this United States District Court for the District of Colorado, that this Court proceed with the handling of the case as if it had been originally filed herein, and that further proceedings in the District Court for the City and County of Denver cease.

      Respectfully submitted this 17th day of September, 2012.

                                    s/ William A. Wright  
                                    William A. Wright  
                                    SHERMAN & HOWARD L.L.C.  
                                    633 17th Street, Suite 3000  
                                    Denver, CO 80202  
                                    Telephone: 303-299-8086  
                                    Facsimile: 303-298-0940  
                                    E-mail: wwright@shermanhoward.com

## CERTIFICATE OF SERVICE

  I hereby certify that on September 17, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.  A copy was served via U.S. Mail upon the following:

Robert J. Corry, Jr., Esq.
Travis B. Simpson, Esq.
600 17th Street, Suite 2800 South Tower
Denver, Colorado 80202

Attorneys for Plaintiff, Paul Curry

                s/ Mary Ann Meise