**EXHIBIT B**

## DECLARATION OF DAVID HAYES

I, David Hayes, declare as follows:

1. I am employed by MillerCoors L.L.C. as a Human Resource Manager. In that capacity, I am responsible to oversee the accurate creation and the maintenance and preservation of employment records, created and maintained in the ordinary course of business, for MillerCoors employees assigned to the Rocky Mountain Bottling Company. My duties include both electronic and paper records.

2. MillerCoors creates its employment records at or near the time of the events recorded. For example, records of an employee's discharge are created at the time of the discharge and records of taxing authorities are updated whenever information concerning an employee's residence is updated. The information recorded in employment records is obtained from individuals with knowledge of the events – whether the employee him or herself or a supervisor or other MillerCoors employee responsible for the recorded decision or action.

3. I have reviewed MillerCoors records concerning Paul Curry.

4. According to the MillerCoors records, (a) Paul Curry was an employee of MillerCoors from May 17, 2004 to March 15, 2011; (b) he was a full time employee, working approximately 40 hours each work week, and (c) his final wage rate was $28.05 per hour.

5. According to the MillerCoors records, Paul Curry maintained a residence in Colorado while he was employed by MillerCoors. His last known address – labeled the "permanent address" in MillerCoors records – was in Colorado.

6. When first employed by MillerCoors, Paul Curry had a Colorado drivers license.

7. MillerCoors withheld Colorado taxes on Paul Curry's wages.

DJH

8. I have personal knowledge that the headquarters and executive offices of MillerCoors L.L.C. are located in Chicago, Illinois. MillerCoors' highest level executives maintain their offices in Chicago and issue directions from Chicago to other company employees in multiple states.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of September, 2012.

_____
David Hayes