# EXHIBIT C

| | |
|---|---|
| DISTRICT COURT, CITY AND COUNTY OF DENVER, COLORADO<br><br>Court Address:  1437 Bannock Street<br>                        Denver, Colorado  80202 | **COURT USE ONLY** |
| PAUL CURRY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MILLERCOORS INC, a foreign corporation,<br><br>Defendant. | |
| William A. Wright, Atty. Reg. #27547<br>Sherman & Howard L.L.C.<br>633 17th Street, Suite 3000<br>Denver, CO  80202<br>Telephone: 303-299-8086<br>Facsimile:  303-298-0940<br>E-mail:  wwright@shermanhoward.com<br><br>*Attorney for Defendant MillerCoors LLC* | Case No.:   12CV3960<br><br>Courtroom: 424 |
| **NOTICE OF NOTICE OF REMOVAL OF CASE TO FEDERAL COURT** ||

  COMES NOW the Defendant MillerCoors LLC (hereinafter "Defendant"), by and through its attorneys Sherman & Howard L.L.C., and hereby provides notice of the removal of the above-captioned matter from the District Court for the City and County of Denver, State of Colorado, to the United States District Court for the District of Colorado pursuant to 28 U.S.C. § 1441, and further states as follows:

  1. On September 17, 2012, Defendant filed in the United States District Court for the District of Colorado its Notice of Removal, a copy of which is attached hereto as Exhibit A.

  2. Pursuant to 28 U.S.C. § 1446(d), the filing of the Notice of Removal in the United States District Court for the District of Colorado, together with the filing of a copy of the Notice with this Court, effects the removal of this action and this Court may proceed no further unless and until the case is remanded.

WHEREFORE, Defendant notifies this Court that the above-captioned has been removed from the District Court for the City and County of Denver, State of Colorado, and requests that the Court make and enter such further orders as may be necessary and proper to effect the termination of this matter before this Court.

Respectfully submitted this 17th day of September, 2012.

s/ William A. Wright
William A. Wright
Sherman & Howard L.L.C.
633 17th Street, Suite 3000
Denver, CO 80202
Telephone: 303-299-8086
Facsimile: 303-298-0940
E-mail: wwright@shermanhoward.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of September, 2012, a true and correct copy of the foregoing **NOTICE OF NOTICE OF REMOVAL OF CASE TO FEDERAL COURT** was filed and served via Lexis Nexis File & Serve upon the following:

Robert J. Corry, Jr., Esq.
Robert.Corry@comcast.net

Travis B. Simpson, Esq.
Travis@RobCorry.com

/s/Mary Ann Meise

2