IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____

PAUL CURRY, an individual,

    Plaintiff,

v.

MILLERCOORS, INC., a foreign corporation,

    Defendant.

## DEFENDANT MILLERCOORS LLC's CORPORATE DISCLOSURE STATEMENT

Defendant, MillerCoors LLC, pursuant to Fed. R. Civ. P. 7. 1 and D.C.COLO.L.Civ. R. 7.4, submits this corporate disclosure statement.

MillerCoors LLC has two members, Miller Brewing Company and Coors Brewing Company.  SABMiller plc is the ultimate parent of Miller Brewing Company. Molson Coors Brewing Company is the ultimate parent of Coors Brewing Company. No other publicly-owned company owns 10% or more of the stock of MillerCoors LLC.

Respectfully submitted this 17th day of September, 2012.

    s/ William A. Wright
    William A. Wright
    SHERMAN & HOWARD L.L.C.
    633 17th Street, Suite 3000
    Denver, Colorado 80202
    Telephone:  303-299-8086
    Facsimile:  303-298-0940
    E-mail:  wwright@shermanhoward.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of September, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.  A copy was served U.S. Mail upon the following:

Robert J. Corry, Jr., Esq.
Travis B. Simpson, Esq.
600 17th Street, Suite 2800 South Tower
Denver, Colorado 80202

Attorneys for Plaintiff, Paul Curry

s/ Mary Ann Meise