SUPPLEMENTAL CIVIL COVER SHEET FOR
NOTICES OF REMOVAL

Appendix B

The removing party shall complete the SUPPLEMENTAL CIVIL COVER SHEET FOR NOTICES OF REMOVAL and follow D.C.COLO.LCivR 81.1. and 28 U.S.C. § 1446(a).

### Section A - Plaintiffs

Plaintiffs remaining in action at the time of filing the notice of removal.

| 1. Paul Curry |
| 2. |
| 3. |
| 4. |
| 5. |
| 6. |

### Section B - Defendants

Defendants remaining in action at the time of filing the notice of removal.

| 1. MillerCoors, Inc. |
| 2. |
| 3. |
| 4. |
| 5. |
| 6. |

### Section C - Pending State Court Motions
As of Date of Removal

| Title of State Court Motion | Date Motion Filed |
|---|---|
| 1. None | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |
| 7. | |

### Section D - Scheduled State Court Hearings
As of Date of Removal

| Title of State Court Scheduled Hearing | Date of Hearing | Time of Hearing | Assigned State Judge |
|---|---|---|---|
| 1. None | | | Kenneth M. Laff |
| 2. | | | |
| 3. | | | |
| 4. | | | |

s/ William A. Wright
Signature

William A. Wright
Printed Name

Telephone Number: 303-299-8086

Date: 09/17/12

State Court Case Number: 12CV3960

(Rev 11/08/2010)