IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-2471-JLK-KMT

PAUL CURRY, an individual,

      Plaintiff,

v.

MILLERCOORS, INC., a foreign corporation,

      Defendant.

---

## CERTIFICATE OF SERVICE

---

      I hereby certify that a copy of Defendant's Civil Cover Sheet and attached Supplemental Civil Cover Sheet [Docs. #3, and 3-1] was served upon counsel for the Plaintiff via U.S. Mail on September 19, 2012.

      Respectfully submitted this 19th day of September, 2012.

                             s/ William A. Wright
                             William A. Wright
                             SHERMAN & HOWARD L.L.C.
                             633 17th Street, Suite 3000
                             Denver, Colorado 80202
                             Telephone:  303-299-8086
                             Facsimile:   303-298-0940
                             E-mail:  wwright@shermanhoward.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 19th day of September, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.  A copy was served U.S. Mail upon the following:

Robert J. Corry, Jr., Esq.
Travis B. Simpson, Esq.
600 17th Street, Suite 2800 South Tower
Denver, Colorado 80202

Attorneys for Plaintiff, Paul Curry

<u>s/ Mary Ann Meise</u>

SPRINGS/944821.1