IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02471-JLK

PAUL CURRY, an individual,

    Plaintiff,

v.

MILLERCOORS, INC., a foreign corporation,

    Defendant.

## DEFENDANT'S SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT

    Defendant, MillerCoors LLC, pursuant to Fed. R. Civ. P. 7. 1(b) submits this supplemental corporate disclosure statement.

    MillerCoors LLC has two members, Miller Brewing Company and MC Holding Company L.L.C..  SABMiller plc is the ultimate parent of Miller Brewing Company. Molson Coors Brewing Company is the ultimate parent of MC Holding Company L.L.C..  No other publicly-owned company owns 10% or more of the stock of MillerCoors LLC.

    Respectfully submitted this 20th day of September, 2012.

    s/ William A. Wright
William A. Wright
SHERMAN & HOWARD L.L.C.
633 17th Street, Suite 3000
Denver, Colorado 80202
Telephone:  303-299-8086
Facsimile:  303-298-0940
E-mail:  wwright@shermanhoward.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of September, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.  A copy was served U.S. Mail upon the following:

Robert J. Corry, Jr., Esq.
Travis B. Simpson, Esq.
600 17th Street, Suite 2800 South Tower
Denver, Colorado 80202

Attorneys for Plaintiff, Paul Curry

s/ Mary Ann Meise

2