**EXHIBIT A**

# Post Incident Drug and Alcohol Testing

# Why?

- Deter the use of drugs and alcohol in the workplace.
  - Employees who abuse drugs and alcohol impose risk to themselves and others.

- It is the policy of MillerCoors to have a drug-free workplace
  - The Company strictly prohibits the unlawful manufacture, distribution, dispensing, possession, or use of drugs in Company buildings, on Company property, or in association with work duties or events.
  - This prohibition extends to conduct during non-working time that impairs an employee's ability to safely and effectively perform job duties or threatens the integrity of Company operations.

# Consequence

- If an employee tests positive, the employee is considered suspended pending further investigation.
  - Employees who test positive will subject to disciplinary action, up to and including termination.

- Those who test positive also face the risk of forfeiture of their workers' compensation benefits.

# What Hasn't Changed

- As has been MillerCoors Policy, drug and alcohol testing where there is reasonable suspicion to believe the employee is using or is under the influence of drugs and/or alcohol will continue to be a right of the Company.

- The recent policy changes specifically addresses the testing procedure that will be used following an incident.

# How?

- Number 1 priority is to provide immediate and appropriate treatment in the event of an injury!!!

- Testing will be administered by MillerCoors Security

- Post incident testing shall be carried out within 32 hours following the incident

# What is considered a Drug or Controlled Substance?

- For the purpose of this policy only, alcohol in excess of what is deemed legally acceptable.
  – Blood alcohol level tests 0.08% by weight or above

- Illegal drugs and inhalants, to include but is not limited to:
  – Marijuana,
  – Cocaine,
  – Heroin,
  – Amphetamines
  – Depressants
  – Prescription Drugs

# Prescription Medication

- When an employee is using or receives a prescription drug which carries a warning that could impact the employee's ability to perform job duties (e.g., may cause drowsiness while operating an automobile or machinery or equipment) or
- Receives a recommendation for medical marijuana,

## Employee Action Required

- You must report this to the MillerCoors Medical Center or Human Resources
- Approval to work may be withheld if it is determined that the situation presents a safety risk to the employee or others.

# What is an Incident?

- Incident means harm or damage to an employee, property or environment occurring in the workplace or in the scope of employment.
- Examples of such conditions include but are not limited to:
  - actions and/or information that an employee was injured,
  - actions and/or information that an employee caused or contributed to the injury of another employee,
  - actions and/or information that an employee caused property, machine, or vehicle damage in the course of operating a company vehicle or machine,
  - actions and/or information that result in a chemical or product release to the environment as a result of causing a control device malfunction.

# What is an injury?

- **Injury** means harm to an employee, occurring in the workplace or in the scope of employment which must be recorded in accordance with Occupational Safety and Health Administration (OSHA) reporting guidelines. Injury can include but is not limited to:
  - Medical treatment beyond first aid.
  - Administration of restrictions from any or all normally expected job functions
  - Administration of restrictions from performing a specific motion
  - Transfer to another job
  - Administration of days away from work

# RMBC January 19, 2011 Townhall

## C&D

Date: January 19, 2011

COPY

## PLEASE SIGN-IN

Make sure you print legibly or you may not get credit for attending

| # | PRINT YOUR NAME (employee's name) *Example: Scott McKay* | PRINT Your Supervisor's Name *Thom White* |
|---|---|---|
| 1 | PAUL CURRY | GEORGE YAGER |
| 2 | DON LAFFERTY | " YAGER |
| 3 | KEVIN CARDENAS | " " |
| 4 | Jethro Wagner | Tom Sisnroy |
| 5 | Michel Watson | Tom Sisnroy |
| 6 | REED NIELSEN | GOULD |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |