**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02471-JLK

PAUL CURRY,

       Plaintiff,

v.

MILLERCOORS, INC.,

       Defendant,

---

**NOTICE OF FILING OF CURRENT STATE DOCKET SHEET**

---

       Defendant MillerCoors LLC hereby submits its Notice of Filing of Current State Docket Sheet. A copy of the Denver District Court Docket Sheet for Case 2012CV3960, removed on September 17, 2012, is attached hereto as Exhibit A.

       Respectfully submitted this 25th day of September, 2012.

       s/ William A. Wright _____
       William A. Wright, Esq.
       SHERMAN & HOWARD L.L.C.
       633 Seventeenth Street, Suite 3000
       Denver, Colorado 80202
       Telephone:  (303) 299-8086
       Facsimile:   (303) 298-0940
       E-mail:  wwright@shermanhoward.com

       Attorneys for Defendant

2

**CERTIFICATE OF SERVICE**

 I hereby certify that on this 25th day of September, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will serve a copy via email upon the following:

 Robert J. Corry, Jr.
 Robert.corry@comcast.com


                s/ Mary Ann Meise_____

2