**LexisNexis® File & Serve**

Welcome: Meise, Mary Ann
Sherman & Howard LLC-Denver

Resource Center | File & Serve Preferences | Sign Off

Home | Filing & Service | Alerts | Search

Case History | Cases Search | Daily Docket | Transaction Status | Advanced Search | Service of Process Transactions

Case History Search > Select Case > Results

Submitted By: Court | Plaintiff | Defendant

## Case History Search
Search Created:
Monday, September 24, 2012 15:56:50 MDT

Printable Version

You have been billed $10.36 for this search.

| | | | | | |
|---|---|---|---|---|---|
| **Court:** | CO Denver County District Court 2nd JD | **Judge:** | Laff, Kenneth M | **File & Serve Live Date:** | 6/26/2012 |
| **Division:** | 424 - Division 424 | **Case Number:** | 2012CV3960 | **Document(s) Filed:** | 12 |
| **Case Type:** | Other | **Case Name:** | CURRY, PAUL vs. MILLERCOORS INC | **Date Range:** | All |

Choose an action: -- Select --   [Go]   |   Show 50 records

1-8 of 8 transactions   <<Prev Page 1 of 1 Next>>

| Transaction | Date/Time | Option | Case Number Case Name | Authorizer Organization | Document Type | Document Title | Size |
|---|---|---|---|---|---|---|---|
| 46522368 | 9/19/2012 8:00 AM MDT | File And Serve | 2012CV3960 CURRY, PAUL vs. MILLERCOORS INC | Not Available, Not Available- n/a | Minute Order (No Print) | Document filed in paper format-- no additional information is available online | 0MB |
| 46522427 | 9/19/2012 8:00 AM MDT | File And Serve | 2012CV3960 CURRY, PAUL vs. MILLERCOORS INC | Not Available, Not Available- n/a | Case Closed - Case Transferred | Document filed in paper format-- no additional information is available online | 0MB |
| 46487201 | 9/17/2012 4:39 PM MDT | File And Serve | 2012CV3960 CURRY, PAUL vs. MILLERCOORS INC | William A Wright, Sherman & Howard LLC- Denver | Notice of Removal | Notice of Notice of Removal of Case to Federal Court w/attach [view] | 0.1MB |
| | | | | | Filing Other | Exhibit A to Notice of Removal [view] | 0.2MB |
| 46234053 | 9/4/2012 10:10 AM MDT | File And Serve | 2012CV3960 CURRY, PAUL vs. MILLERCOORS INC | Kenneth M Laff, CO Denver County District Court 2nd JD | Order | Judge Kenneth M. Laff: RESPONSE TO ORDER TO SHOW CAUSE approved, Show Cause order discharged. WORD (e-filed to counsel) [view]  • Linked to (1) | 0.3MB |
| 46138813 | 8/28/2012 12:16 PM MDT | File And Serve | 2012CV3960 CURRY, PAUL vs. MILLERCOORS INC | Travis B Simpson, Corry, Robert J Jr | Response | RESPONSE TO ORDER TO SHOW CAUSE [view]  • Linked to (1)  • Linked from (1) | 0.2MB |
| | | | | | Return of Service | RETURN OF SERVICE - summ hand delivered to Lori Gray on 8- 28-12 [view]  • Linked to (1) | 0.1MB |
| 46120803 | 8/27/2012 3:10 PM MDT | File And Serve | 2012CV3960 CURRY, PAUL vs. MILLERCOORS INC | Kenneth M Laff, CO Denver County District Court 2nd JD | Order | Judge Kenneth M. Laff: Show Cause Order e-filed to counsel (no service) WORD [view]  • Linked from (2) | 0.2MB |
| 45045726 | 6/27/2012 12:12 PM MDT | File And Serve | 2012CV3960 CURRY, PAUL vs. MILLERCOORS INC | Kenneth M Laff, CO Denver County District Court 2nd JD | Order | DELAY REDUCTION ORDER [view] | 0.1MB |
| 45033683 | 6/26/2012 8:47 PM MDT | File Only | 2012CV3960 CURRY, PAUL vs. MILLERCOORS INC | Robert J Corry, Corry, Robert J Jr | Complaint and Jury Demand | COMPLAINT (suppressed due to confidential information - redaction required) [view] | 0.1MB |

|   |   |   |   |   |   |   | ☐ Summons | SUMMONS *NO SERV [view] | 0.1MB |
|---|---|---|---|---|---|---|---|---|---|
|   |   |   |   |   |   |   | ☐ Civil Case Cover Sheet | CIVIL CASE COVER SHEET [view] | 0.1MB |

1-8 of 8 transactions   <<Prev Page 1 of 1 Next>>

**LexisNexis**

About LexisNexis | Terms & Conditions | Privacy | Customer Support - 1-888-529-7587
Copyright © 2012 LexisNexis®, a division of Reed Elsevier Inc. All rights reserved.