# Attachment A

RE:      CURRY, PAUL          ACCOUNT NO.: 521041          DOB: 04/19/54   VISIT DATE: 12/05/02

S:   The patient is a 48-year-old male with a history of alcohol abuse, positive family history of coronary artery disease and diabetes, with a history of dyslipidemia who comes here today for a recheck. During the last visit the patient showed to have significantly elevated liver enzymes. He states that he has been off alcohol for the last five weeks. He states that he has been off alcohol for the last five weeks and would like to recheck his liver enzymes. Also, during his last visit his TSH was borderline high at 5.5. He complains of some hand tightness. He is fasting today and would like to have his cholesterol checked. Otherwise he has been feeling well. He denies any chest pain. No GI symptoms.

O:   B/P: 120/80. VSS. Afebrile. Neck: Thyroid is not enlarged. Heart: Regular, 60 per minute without murmur. Lungs: Clear. Abdomen: Soft and nontender. Liver is not enlarged.

A:
1. Abnormal liver enzymes most likely secondary to alcohol abuse.
2. Dyslipidemia.
3. Borderline TSH.
4. Family history of diabetes.

P:
1. Recheck today and if not improvement he will be sent for liver ultrasound.
2. Recheck fasting lipids.
3. Check thyroid panel and start him on thyroid supplements if indicated.
4. Finger stick blood sugar checked today.

Janina Czartolomna, M.D./db