# Attachment B

Curry Paul DOB 4-19-54

**ANNUAL PHYSICAL**

Chart No. 52104/
Date 1-24-05

**CONSTITUTIONAL SYMPTOMS**
- Fever
- Chills
- Skin Rash
- Pruritis
- Change in Color: Skin, Hair, Moles
- Fatigue
- Weakness
- Dt. when forced to quit work

**CARDIORESPIRATORY**
- Head Colds
- Rhinorrhea
- Post-nasal Drip
- Nasal Obstruct.
- Sinusitis
- Epistaxis
- Sore Throats
- Hoarseness
- Cough
- Sputum
- Chest Pain
- Hemoptysis
- Dyspnea:
  - Excretional
  - Nocturnal
- Palpitation
- Orthopnea
- Hypertension
- Edema

**VISION and HEARING**
- Wear Glasses
  - Last up-dated?
- Red Eye
- Eye Pain
- Diplopia
- Drainage
- Acuity
- Tinnitus

**GASTROINTESTINAL**
- Sore Mouth
- Glossitis
- Dysphagia
- Appetite
- Weight Change
- Regular Meals
- Nausea-Vomiting
- Flatulence
- Eructation
- Pain or Distention
- Food Tolerance
- Jaundice or Liver Dis.
- Diarrhea
- Constipation (Cathartics)
- Bleeding
- Hemorrhoids

**GENITO-URINARY**
- Hesitancy or Incontinence
- Nocturia
- Hematuria or Cloudy Urine
- Dysuria
- Frequency
- Pain
- Retention

**ENDOCRINE**
- Polydypsia
- Polyuria
- Skin Hydration
- Heat or Cold Intolerance

**NEUROSENSORYMUSCULAR** (heel)
- Headaches
- Dizziness
- Ataxia
- Coordination
- Backache
- Extremity Pain or Cramps
- Paresthesias
- Emotional Stability
- Joint Complaints
- Hands

**BLOOD DISORDER and LYMPHATICS**
- History of Anemia
- Bleeding Tendency
- Bruising Tendency

**SOCIAL HISTORY**
- Work
- Travel
- Sleep
- Religion
- Organizations
- Exercise
- Coffee
- Tobacco
- Alcohol
- Medications
- Salt

**GYN**
- Menarche.
- Regularity
- Dysmenorrhea
- Coital Bleeding or Pain
- L.M.P.
- Menopause
- Intermenstrual Bleeding
- Vaginal Discharge
- Last Pelvic and Pap

**PROBLEMS**

49 yr male

For physical / labs

PMHx
Hep. C.
↑lipids.

FHx
M - ↑ DM
F - ↑ CHF, DM, CAD, COPD
Sx1 A+W.

SHx
Tobacco 1 cig./d.
quit tobacco 6 mo
(35 pyrs)
ETOH quit
Married
Work - Coors gen. maintenance

All: Codeine

INJECTIONS - Past year
dT 98'

MEDICATIONS - Past year
None

## PHYSICAL EXAM

**Rocky Mountain**  Date 8-21-06
**Health Centers North**  Chart # 521041
Dr. Czartolomn

Name Curry, Paul     DOB 4-19-54
Ph# 3-288-3001     Age 52    (M) F   LMP _____

Allergies: ☐NKA ☐PCN ☐Sulfa ☒Other Codeine

Medications:
1 per pt
ASA prn

Smoking Y (N)
Quanity _____
ETOH (N)

CC: CmE Fasting TD 9P
Would like referral for HCV Rx pt

Ht 60"  Wt 188#  BMI ___  BP 134/82  T 98.7  P 80  R 20  WAIST 46"

Urinalysis Hep. C Labs.
Referral to GI Dr. Deneault

See form

**OFFICE VISIT**

**Rocky Mountain**
**Health Center North**

Date: 2-4-07
Chart #: 521041

Name: Curry (Paul)   DOB: 4-19-54   Dr: Czartolomna
Ph#: 3-288-3601   Age: 52 (M) F   LMP: _____

Allergies: [ ] NKA [ ] PCN [ ] Sulfa (•) Other Codeine
Medications:
paroxetine 10mg qd
Milk thistle
Tylenol PM qhs
ASA PRN
Nicotine gum

Smoking: Y (N) quit 6 mos ago

cc: rev meds

Ht ___ Wt 167 BMI ___ BP 140/94 T 98.1 P 96 R 20 SaO2 ___

HPI: Tolerating 10 mg of Paroxetine, but dvd not made a lot of improvement yet. Seeing psychologist for counseling Dr. James E. Jones 303-312-1542. Looking for a new job.

Third interview today. No wd Sxs wrt 2 wks periods baseline. Must liver enzyme-
AST 138
ALT 287

**PHYSICAL EXAM:** Circle (+), (-) Comment abnormal findings. NA=Not Assessed
General (WD, WN, NAD, A&O x3)
(Skin) NA (-) rash (-) lesions (-) jaundice (-) cyanosis
HEENT NA NC/AT PERRLA EOMI (-) icteric sclera (-) abnl fundi
Oropharynx (-) lesions (-) erythema (-) cyanosis
Neck NA (-) supple (-) adenopathy (-) thyroid enlargement (-) nodule
(CV) NA (RRR/irreg/PC (-) murmurs/gallop/rub (-) JVD (-) pulses radial/pedal
(-) bruits carotid/femoral/abdominal
Lungs NA CTA bilat (-) wheezes (-) rales (-) ronchi (-) crackles
Abd NA soft, (+) BSx4, NT (-) masses (-) HSM (-) guarding (-) rebound
Ext NA (-) edema (-) clubbing (-) joints (-) Varicose veins FROM
Back NA (-) spasm FROM (-) SLR (-) flank tenderness
Neuro NA CN II-XII grossly intact, DTR 2/4 R L, strength 5/5 R L UE's LE's
(-) paresthesia (-) anesthesia gait WNL (-) Romberg (-) tremor
Other: Liver edge at RCM

Notes/Comments/Labs:

**Assessment/Plan:** CBC / BMP / Lipids / UA, C&S / A1C / TSH / PSA / PT / ESR / EKG / CXR /
1. Chronic Hep. C    (1) Continue Paxil but ↑
2. ___                    to 20 mg qd
3. Anxiety, depression   (2) LFT's
4. ___                    (3) Cont. counseling
5. ___
6. ___

[ ] Preventive Issues (diet, wt, exer, smoking, ___)  Discussed / Educated / Info given
[ ] Side effects discussed   RTC (not improved) 2 d /wk /m  pos LFT's

(Czartolomna)

**OFFICE VISIT**

**Rocky Mountain Health Center North**

Date: 1-7-08
Chart #: 521041
Dr: Janina Czartolomna MD

Name: Curry Paul
DOB: 4-19-1954
Ph#: 3-258-3601
Age: 53 (M)/F
LMP: _____

Allergies: [ ] NKA  [ ] PCN  [ ] Sulfa  (•) Other Codeine
Medications:
Milk thistle
Kelacor
Ambien CR 1250mg qhs PRN
ASA PRN
Nicotine gum

Smoking Y/(N)

CC: Discuss test results                                    Am/MA

Ht: ___  Wt: 190#  BMI: ___  BP: 136/82  T: 98.2  P: 80  R: 16  SaO2: ___

HPI: Recent labs showing high TG, low HDL & elevated glucose (110, 118) GTT 2hr positive for DM, FHx (+) for DM (M+F). Diet not optimized.

**PHYSICAL EXAM:** Circle (+), (-) Comment abnormal findings. NA=Not Assessed

(General) (WD, WN, NAD, A&O x3)
Skin    NA  (-) rash (-) lesions (-) jaundice (-) cyanosis
HEENT  NA  NC/AT PERRLA EOMI (-) icterus sclera (-) abnl fundi
           Oropharynx (-) lesions (-) erythema (-) cyanosis
Neck    NA  (-) supple (-) adenopathy (-) thyroid enlargement (-) nodule
CV      NA  RRR/irreg/PC (-) murmurs/gallop/rub (-) JVD (-) pulses radial/ pedal
            (-) bruits carotid/ femoral/ abdominal
Lungs   NA  CTA bilat (-) wheezes (-) rales (-) ronchi (-) crackles
Abd     NA  soft, (+) BSx4, NT, (-) masses (-) HSM (-) guarding (-) rebound
Ext     NA  (-) edema (-) clubbing (-) joints (-) Varicose veins FROM
Back    NA  (-) spasm FROM (-)SLR (-) flank tenderness
Neuro   NA  CN II-XII grossly intact, DTR 2/4 R L, strength 5/5 R L UE's LE's
            (-) paresthesia (-) anesthesia gait WNL (-) Romberg (-) tremor
Other   Pt. not examined today

Notes/Comments/Labs: D/c pt & wife diet, FSBS.

**Assessment/ Plan:** CBC / BMP / Lipids / UA, C&S / A1C / TSH / PSA / PT / ESR / EKG / CXR /

1. DM II           (1) ADA diet 1800 cal.
2. 
3. Dyslipidemia    (2) FSBS pre + post meals
4. 
5. Chr. Hep C      (3) Consider Zetia
6. c 1st d LFTs.

[ ] Preventive Issues (diet, wt, exer, smoking, ___)  (Discussed)/(Educated)/(Info given)
[ ] Side effects discussed                             (RTC)(not improved) 6 d /wk/m

Czartolomna