# Attachment C

RE:    CURRY, PAUL        ACCOUNT NO.: 521041        DOB: 04/19/54   VISIT DATE: 10/24/02

S:    The patient is a 48-year-old male who comes here today with several problems. He complains of persistent head pain daily. Vioxx is helping only temporarily. Arthrotec helps him better but it is not covered by his insurance. There is a family history of severe rheumatoid arthritis in his grandmother. He would also like to be check for diabetes as there is a strong family history of diabetes. He also states that for the last two years he has been drinking more alcohol. He has been drinking at least three shots of whisky and up to four to five beers per day. He quit hard liquor but continues to drink beer. He would like to check his liver. He quit smoking three weeks ago and is hoping to quit alcohol also soon.

O:    Middle aged male in no acute distress. VSS. Afebrile. B/P: Borderline at 148/88. It is mildly elevated. Neck is supple. Thyroid is not enlarged. No adenopathy. Heart: Regular, 68 per minute without murmur. Lungs: Clear. Abdomen: Moderately obese, soft. Liver is not enlarged. No tenderness. Extremities: Hands show osteoarthritis changes, hypertrophy of the 2nd and 3rd MCP joint without any active synovitis at present. There are some osteoarthritis changes of IP joints, again without synovitis. No tenderness over epicondyle.

A:
1.  Alcohol abuse.
2.  Family history of diabetes.
3.  ?

P:
1.  Check liver enzymes. Discussed negative affect alcohol has on may organs. He was encouraged to decrease his drinking. He was offered help if needed.
2.  Check glucose at this time.
3.  Check arthritis profile and TSH to assure thyroid is not contributing to symptoms.

Janina Czartolomna, M.D./db