# Attachment D

# COORS OCCUPATIONAL MEDICINE

**NAME:** CURRY, PAUL  #521800844  **VISIT DATE:** 04/06/2009

**DATE OF INJURY:** Approximately 03/30/2009

**S:** Mr. Curry is employed as a general mechanic at the glass plant, and in the early part of last week which would be approximately March 30 or 31, they had a heavy work schedule with some maintenance items that involved working on some overhead pulleys and belts, and although he did not have a specific injury on Wednesday, 04/01/09, he woke with low back pain. He was able to self-restrict at work for the next couple of days not doing any heavy work, however, the low back continued to worsen. It is to the point now where he was unable to sleep over the weekend due to back pain. He states he has some numbness and tingling down the right leg, but no weakness of the right lower extremity. He has no history of chronic back problems, no prior back injuries. He does have a history of hepatitis C, recently finished Interferon treatment or some type of treatment for the hepatitis C, but that has been several months now. Medications are Flomax, and he has been using some Aleve since the injury.

**O:** He is in no acute distress at rest, but he moves very slowly about the room and on and off the table due to discomfort. In the standing position there is no obvious scoliosis. He is tender to palpation on the right PSIS. He has decreased range of motion in the lumbosacral spine both in flexion and extension, flexion is definitely worse. Rotation on side-bending is also restricted especially to the left. His DTRs are normal bilaterally. The lower extremity strength is grossly normal. He does have a positive straight leg raising bilaterally, identifies pain in the low back especially on the right side with any straight leg raising. He also has pain with flexion and external rotation at the right hip. He has no tenderness to palpation at the hip. He does have some palpable paravertebral spasm in the lumbosacral area.

**A:** He has low back strain, with some minor radicular symptoms.

**P:** He was put on restrictions of no stooping, bending, twisting, pushing, pulling. He was given a prescription for Flexeril 10 mg to take a bedtime, and hydrocodone 7.5/325 to take 1 q.6 hours p.r.n. pain. He is also instructed on using heat or ice for comfort sake, instructed on proper positioning for sleep and lifting, and he will have a followup appointment on 04/09/09 with Dr. Smaldone.

Susan Morrison, M.D.

SM/wz981lb
D: 04/06/2009 / T: 04/07/09 / Job#4074048

Trudy Spratta
APR 8 2009