# Attachment E

RE: CURRY, PAUL        ACCOUNT NO.: 521041        DOB: 04/19/54   VISIT DATE: 08/19/02

S: HPI as above.

O: Middle aged male in no acute distress. VSS. Afebrile. Both hands show hypertrophy of IP joint and hypertrophy of MTP bilaterally especially second and third fingers. Range of motion is not limited. It does not seem like there is an acute synovitis although with acute hypertrophy it is difficulty to assess. There is tenderness over those joints. Wrists elbows and shoulders with normal range of motion. No tenderness. Knees without crepitations. There is a 7mm seborrheic keratosis lesion on the left temple.

A:
1. Osteoarthritis, nonspecific on both hands with morning stiffness. Suspicious for maybe beginning of rheumatoid arthritis.
2. Seborrheic keratosis, left temple. It was treated with Liquid nitrogen.

P:
1. Check ESR and rheumatoid factor level.
2. Start the patient on Arthrotec 50mg twice a day, samples and prescription given.
3. The patient will return if symptoms worse or are not improved with medication over the next two to four weeks or if problems with medication. He will hold Zantac when taking Arthrotec.
4. Discussed skin care with patient.

Janina Czartolomna, M.D./db

8/27/02  Arthrotec not covered -
Try Vioxx 25 mg or Celebrex 200 mg