# Attachment F

# COORS OCCUPATIONAL MEDICINE

**NAME:** CURRY, PAUL      #521800844      **VISIT DATE:** 04/09/2009

**S:** Paul relates that on 03/31/09 he was "torquing Flexco buckles" with a 1/2 inch drill when he developed low back pain. He states that he informed coworkers of the incident and had to take himself out of the activity and sit down until the pain passed. He denies any injury outside of work. He states that he works out on a treadmill every morning and does a Total Gym on a daily basis. He states that he does crunches with a ball to increase stability in the pelvic girdle and abdomen. Paul states that he did not report the incident immediately, but did so about 1 week later. He states that initially he had numbness involving his right thigh but that has resolved. Now he has right low back pain with some right buttock pain. He denies any incontinence of bowel or bladder.

**O:** There is no tenderness to palpation. There is decreased range of motion with right-sided pain. There is normal strength, sensation, and reflexes in the bilateral lower extremities, and there is negative bilateral straight-leg raising.

**A:** Mechanical low back pain.

**P:** We will start Paul on Celebrex 200 mg b.i.d. and Vicodin 5/500 on a p.r.n. basis. He is discharged to work with the following restrictions, to include: No fork truck driving; walking and standing limited to 15 minutes per hour; sitting not to exceed 10 minutes without a 5 minute break to ambulate and stretch; no ladder climbing; no kneeling, squatting, crawling; stooping, bending, or twisting; and no carrying, lifting, pushing, or pulling. I will see Paul back on the 23rd for reevaluation. Causation at this time is indeterminate.

_____
Philip Smaldone, M.D.

PS/wz916mr
D: 04/16/2009 / T: 04/19/09 / Job#4089940

Trudy Spratta
APR 3 2009

•FOR YOUR INFORMATION•
From Broadspire Services, Inc.
DOWC ___ INSD ___ DATTY ___ ✓EE
CATTY ___ Other ___
WC# ___ CLAIM # ___
I certify that this report has been mailed to the above on: ___
By ___