# Attachment G

 **MillerCoors**

**DISCIPLINARY WARNING REPORT**

DATE: March 7, 2011

| EMPLOYEE NAME | SOCIAL SECURITY NUMBER | SUPERVISOR NAME | |
|---|---|---|---|
| PAUL CURRY | XXX-XX-0844 | GEORGE YAGER | ☒ FIRST WRITTEN WARNING |
| | | | ☐ FINAL WRITTEN WARNING |
| DEPARTMENT | SHIFT | OTHERS PRESENT AT INTERVIEW | ☐ DISCHARGE |
| MAINTENANCE | DAYS | | ☐ FINAL WARNING & SUSPENSION |

**SUPERVISOR'S STATEMENT:**

ON MARCH 3, 2011 DURING AN EQUIPMENT DAMAGE INVESTIGATION, IT WAS MADE APPARENT FROM PAUL THAT HE WAS USING MEDICAL MARAJUANA.

PER WRITTEN RMBC POLICY, ALL PRESCRIPTION MEDICINE AND MEDICAL MARAJUANA MUST BE DISCLOSED TO THE MEDICAL CENTER. PAUL HAD NOT REPORTED THIS USAGE TO THE MEDICAL CENTER.

I am familiar with the provisions of Policy Work Rules & Corrective Discipline
☒ Yes   ☐ No

I am familiar with the complaints and appeals procedures of policy Supplemental Conflict Resolution – The "Resolve" Program
☒ Yes   ☐ No

**NOTE:** Paygroup 20 & 21 employees (not including administrative employees) have seven (7) calendar days to request mediation and/or an appeal of this disciplinary action.

**EMPLOYEE'S STATEMENT**

I STOPPED MEDICATION FEB 1, BUT HAD A BACK SPAZIM @ FEB 16, I MEDICATED FEB 17 + 18, LEAVING A 3 day window FOR IT to leave MY SYSTEM. ALSO, STACIE DURING TOWN HALL MTG. TOLD EVERYONE SHE WOULD BE GETTING OUT FORMS to US FOR THAT PURPOSE.

**EMPLOYEE'S SIGNATURE & DATE**   3/7/11

**NOTE:** SIGNATURE ACKNOWLEDGES RECEIPT, IT DOES NOT INDICATE AGREEMENT

**CONCLUSION:**

☐ EXPLAINED WORK RULES AND CORRECTIVE DISCIPLINE AND SUPPLEMENTAL POLICY CONFLICT RESOLUTION - THE "RESOLVE" PROGRAM

**SUPERVISOR'S SIGNATURE & DATE**

**FOR HUMAN RESOURCES USE ONLY:**

4