# EXHIBIT C

| Incident File Full Report | Incident File #IN20110000182 |
|---|---|

## INCIDENT DATA

| | | | |
|---|---|---|---|
| Date/Time Occurred: | March 3, 2011 12:39 | Department Name: | Security |
| Date/Time Created: | March 3, 2011 15:40 | Owner: | mamos |
| Incident Status: | Open | Created By: | mamos |
| Property: | Golden CO | Location: | RMBC |
| | | Sublocation: | |

**Daily Log #:** DL20110005231

**Synopsis:** Barbara Wunder is requesting a drug/alc kit be performed on Paul Curry. He was involved in a property damage accident today at RMBC.

1425 code 8.

**Incident Type:** Drug Alcohol Testing

**Specific:** Requested test

**Category:** Drug and Alcohol

**Details:** Source of Activity:
On 03-03-2011 at approximately 1239 hours Barbara Wunder, Plant Administrator Environmental Health and Safety Manager, called Killie Reudgen, MillerCoors Security Dispatch, and requested a post drug /alcohol testing be performed on subject Paul Curry, Facility Maintenance Mechanic, who was involved in a property damage accident today at the MillerCoors Rocky Mountain Bottle Company (RMBC).

Investigation:
I, Officer Marion Amos, MillerCoors Security, #81-1, in full uniform and driving a marked patrol unit, P-1118, was dispatched to RMBC to preform a post accident test on an employee. On my arrival I met EH&S Manager Wunder in her office and she advised we would take the tests in the hearing room on the south side of RMBC. She stated she would get subject Curry and bring him over to hearing room to be tested. I asked if Subject Curry was aware of the new RMBC Drug Policy. EH&S manager looked up his records and advised he did sign off on knowing and having the policy.

EH&S Manager Wunder and George Yager, Preventive Maintenance Manager, arrived with Subject Curry. I advised Subject Curry it would take a little time for the testing. I had to observe him for 20 minutes prior to the tests to make sure he didn't take or put anything in his mouth before preforming the tests. Subject Curry did remove some chewing tobacco that he had in his mouth and threw it away.

I advised Subject Curry the first test would be an i Screen oral fluid drug screen test, which seemed to upset Subject Curry very much. He was very defensive, sarcastic and excited about the test. At times he would be some what loud as though he was irritated about the test. I also advised Subject Curry I would have to ask him some questions. At the beginning of the questioning he volunteered that he was an active marijuana user and wanted to know how long marijuana would stay in his system. I advised him I didn't have that information. I asked when was the last time he used marijuana and he stated about 2 weeks ago. Subject Curry did keep stating he expected a positive reading from the test because he does use marijuana. I asked if he had a medical marijuana card he stated he did and I asked to see it. He stated he didn't have it on him. I asked if he has declared having a medical marijuana card with MillerCoors Company. He advised he hasn't had time and it isn't registered with the company. When he had acknowledged he had taken and had knowledge of the policy, he was reminded he was to declare, as well as all MillerCoors employees they had Medical

| Reporting Party: | Supervisor: |
|---|---|

Marijuana Cards and they had until February 1st, 2011 to register the medical marijuana card with the MillerCoors Brewing Company.

Questions I asked:
Are you ill? Subject Curry stated No.
Are you under a doctor's care? Subject Curry stated Yes. I asked for details. He stated he was taking medicines for Hepatitis C, for the Prostate, High Blood Pressure, and natural herbal vitamins for a liver condition. He stated he would also probably get a positive reading for Opiates because he had a poppy seed muffin this morning.

I asked what the marijuana was used for he stated it made him fell better. It was better than taking pills for depression. He did not say if this was a prescription from his doctor.

I also preformed a Horizontal Gaze Nystagmus test. His eyes did pursue smoothly and he didn't have a distinct nystagmus at maximum deviation. He didn't have any nystagmus onset before 45 degrees.

After 10+ minutes I asked Subject Curry to pick out a iScreen OFD which he pointed to one. I opened it and advised him to take off the cap, insert the sponge end of the collector into his mouth and actively swab the inside of the mouth and tongue with the sponge. As soon as the sponge softens slightly gently press the sponge between the tongue and teeth to ensure their are no hard spots on the sponge and the sponge is completely saturated. I had to remind Subject Curry to keep actively swabbing his mouth. He tried to keep the sponge in the center of his mouth and not swab the gums and tongue. Also his mouth seemed to be very dry. After the test the cap was secured and we waited for the results. After 10+ minutes the results came back as invalid test. A second test was administered with Subject Curry and he responded with the same actions as the first test by me having to advise him to keep swabbing his mouth. Subject Curry had the exact same thing registered "invalid test".

I did advise Subject Curry I was going to administer the alcohol test next, I did give Subject Curry a Portable ALCO Sensor IV, Serial Number 005601, breath test. After explaining what he had to do he appeared to be very egor to take the test stating he knows it will come back negative. I took the test and it gave a read out of .000.

| Incident File Full Report | Incident File #IN20110000182 |
|---|---|

### PARTICIPANT DATA

| | | | |
|---|---|---|---|
| **Full Name:** | Yager, George | **Property:** | Golden CO |
| **Primary Role:** | Supervisor | **Participant Type:** | Personnel |
| **Secondary Role:** | | **Taken From Scene:** | No |
| **Police Contacted:** | No | **Police Contacted Result:** | |

| | | | |
|---|---|---|---|
| **Full Name:** | Wunder, Barbara S | **Property:** | Golden CO |
| **Primary Role:** | RP | **Participant Type:** | Personnel |
| **Secondary Role:** | | **Taken From Scene:** | No |
| **Police Contacted:** | No | **Police Contacted Result:** | |

| | | | |
|---|---|---|---|
| **Full Name:** | Curry, Paul | **Property:** | Golden CO |
| **Primary Role:** | Subject | **Participant Type:** | Personnel |
| **Secondary Role:** | | **Taken From Scene:** | No |
| **Police Contacted:** | No | **Police Contacted Result:** | |

| | | | |
|---|---|---|---|
| **Full Name:** | Reudgen, Kellie | **Property:** | Golden CO |
| **Primary Role:** | Dispatcher | **Participant Type:** | Personnel |
| **Secondary Role:** | | **Taken From Scene:** | No |
| **Police Contacted:** | No | **Police Contacted Result:** | |

| | | | |
|---|---|---|---|
| **Full Name:** | Amos Jr., Marion Edward | **Property:** | Golden CO |
| **Primary Role:** | Responding Officer | **Participant Type:** | Personnel |
| **Secondary Role:** | | **Taken From Scene:** | No |
| **Police Contacted:** | No | **Police Contacted Result:** | |

| Reporting Party: | Supervisor: |
|---|---|