IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 12-cv-02471-JLK

PAUL CURRY,

    Plaintiff,

v.

MILLERCOORS, INC.,

    Defendant.

## JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Granting Motion to Dismiss (Docket No. 13) entered by Judge John L. Kane on August 21, 2013, incorporated herein by reference, it is

ORDERED that Defendant MillerCoors, Inc.'s Motion To Dismiss (Doc No. 8) is GRANTED. It is

FURTHER ORDERED that the Plaintiff's Complaint and this civil action are DISMISSED WITHOUT PREJUDICE.

Dated at Denver, Colorado, this  26th  day of August, 2013.

                      FOR THE COURT:

                      JEFFREY P. COLWELL, CLERK

                      By: s/Edward P. Butler
                      Edward P. Butler, Deputy Clerk