IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02471-JLK

PAUL CURRY, an individual,

    Plaintiff,

v.

MILLERCOORS, INC., a foreign corporation,

    Defendant.

**STIPULATED MOTION FOR EXTENSION OF TIME
TO MOVE FOR ATTORNEY FEES**

Plaintiff Paul Curry and Defendant, MillerCoors, LLC stipulate to an extension of time for Defendant to file a motion for attorney fees. In support of this motion, Defendant states as follows:

1. On August 21, 2013, the Court entered an Order (Doc. No. 13), granting Defendant's Motion to Dismiss the Complaint of Plaintiff Paul Curry.

2. On August 26, 2013, the Court entered its judgment dismissing Plaintiff's Complaint and the action without prejudice. The dismissed claims include a tort claim under Colorado law.

3. Pursuant to Fed.R.Civ.P. 54(d)(2), a motion for attorney fees must be filed with the Court no later than 14 days after the entry of judgment, unless otherwise ordered. Accordingly, any motion for attorney fees is due Monday, September 9, 2013.

4. Under this Court's Pretrial and Trial Procedures, a party submitting a motion for attorney fees must attempt to agree with the opposing party on the amount of those fees.

5. Counsel for the parties have been in consultation concerning the amount of attorney fees incurred by Defendant, as well as consultation concerning a resolution of all disputes between the parties.

6. In order to complete their consultations, the parties stipulate to an extension of time for Defendant to submit its motion for attorney fees to and including October 7, 2013.

WHEREFORE, Defendant requests an extension of the time to file its motion for attorney fees to and including October 7, 2013.

Respectfully submitted, this 6th day of September, 2013.

                                             s/ William A. Wright
                                             William A. Wright
                                           SHERMAN & HOWARD L.L.C.
                                           633 17th Street, Suite 3000
                                           Denver, Colorado 80202
                                           Telephone:  303-299-8086
                                           Facsimile:   303-298-0940
                                           E-mail:  wwright@shermanhoward.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of September, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.  A copy was served U.S. Mail upon the following:

Robert J. Corry, Jr., Esq.
Travis B. Simpson, Esq.
600 17th Street, Suite 2800 South Tower
Denver, Colorado 80202

Attorneys for Plaintiff, Paul Curry

                                                                                    s/ Mary Ann Meise