IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02471-JLK

PAUL CURRY, an individual,

    Plaintiff,

v.

MILLERCOORS, INC., a foreign corporation,

    Defendant.

**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO MOVE FOR ATTORNEY FEES**

    THE COURT having reviewed the Defendant's Stipulated Motion for Extension of Time to Move for Attorney Fees (the "Motion") and being advised under the premises,

    HEREBY ORDERS that Defendant's Motion is granted.  Defendants shall have up to and including October 7, 2013 within which to file its Motion for Attorney Fees.

    DATED this ____ day of September, 2013.

                              BY THE COURT:

                              _____