IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02471-JLK

PAUL CURRY, an individual,

    Plaintiff,

v.

MILLERCOORS, INC., a foreign corporation,

    Defendant.

## JOINT MOTION TO AMEND JUDGMENT
## TO REFLECT DISMISSAL WITH PREJUDICE

    Plaintiff Paul Curry and Defendant MillerCoors, LLC, jointly move under Fed.R.Civ.P. 60(b)(6) and 59(e) to amend the Judgment in this case. The Judgment reflects dismissal without prejudice [Doc. No. 14]. The parties have reached a resolution of all issues between them. As part of the resolution, the parties have agreed to ask the Court to amend the Judgment to reflect dismissal of the complaint and the action <u>with prejudice</u>, each side to bear its own costs and fees. The parties respectfully submit that this amendment serves the interests of justice and of judicial economy by precluding further disputes between the parties on the issues raised in the action.

WHEREFORE, Plaintiff and Defendant request that the Court amend the Judgment in this action to reflect dismissal of the complaint and the action with prejudice, each side to bear its own costs and fees.

Respectfully submitted, this 30th day of September 2013.

s/ Travis B. Simpson
Travis B. Simpson, Esq.
600 17th Street, Suite 2800 South Tower
Denver, Colorado  80202

Attorney for Plaintiff

s/ William A. Wright
William A. Wright
SHERMAN & HOWARD L.L.C.
633 17th Street, Suite 3000
Denver, Colorado  80202
Telephone:  303-299-8086
Facsimile:   303-298-0940
E-mail:  wwright@shermanhoward.com

Attorney for Defendant