# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02471-JLK

PAUL CURRY,

    Plaintiff,

v.

MILLERCOORS, INC.,

    Defendant.

## ORDER GRANTING DOC. 17, MOTION FOR DISMISSAL TO BE WITH PREJUDICE

Kane, J.

As a result of the consultations referenced in the parties' Stipulated Motion for Extension of Time to Move for Attorney Fees, Doc. 15, the parties have filed a Joint Motion to Amend Judgment to Reflect Dismissal with Prejudice, Doc. 17.  Because the parties have reached a full resolution of all issues between them, I GRANT the instant motion and order the Judgment to be amended to dismiss the complaint WITH PREJUDICE, each side to bear his or its own costs and fees.

DATED:    October 1, 2013        BY THE COURT:

                                            *s/John L. Kane*
                                            John L. Kane, U.S. Senior District Judge