IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 12-cv-02471-JLK

PAUL CURRY,

     Plaintiff,

v.

MILLERCOORS, INC.,

     Defendant.

---

## AMENDED FINAL JUDGMENT

---

     Pursuant to and in accordance with Fed. R. Civ. P. 58(a), the Order (Docket No. 18) entered by Judge John Kane on October 1, 2013, and the Order (Docket No. 13) entered by Judge John L. Kane on August 21, 2013, incorporated herein by reference, it is

     ORDERED that Joint Motion To Amend Judgment To Reflect Dismissal With Prejudice (Doc No. 17) is GRANTED.  It is

     FURTHER ORDERED that Defendant MillerCoors, LLC's Motion To Dismiss (Doc No. 8) is GRANTED.  It is

     FURTHER ORDERED that this civil action is DISMISSED WITH PREJUDICE. It is

     FURTHER ORDERED that each side shall bear its own costs.

     Dated at Denver, Colorado, this _18th_ day of October, 2013.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By:     s/Bernique Abiakam
             Bernique Abiakam, Deputy Clerk